UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ENCARNACION CLEOTILDE GONZALEZ GARCIA; et al.,<br><br>Petitioners,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 08-71864<br><br>Agency Nos. A071-583-699<br>A075-739-643<br>A075-731-152<br><br>ORDER |

Before:      B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

On April 21, 2010, the Board of Immigration Appeals ("BIA") reopened proceedings in this case and remanded to the immigration judge to afford the lead petitioner the opportunity to apply for benefits under the Nicaraguan Adjustment and Central American Relief Act, Pub. L. No. 105-100, tit. II, 111 Stat. 2193, *amended by* Pub. L. No. 105-139 (1997). The BIA's order reopened and remanded the cases of all three petitioners. Consequently, there is no final order of removal currently in effect, and this court lacks jurisdiction over the petition for review. *See* 8 U.S.C. § 1252(a)(1); *cf. Alcala v. Holder*, 563 F.3d 1009 (9th Cir. 2009).

**PETITION FOR REVIEW DISMISSED WITHOUT PREJUDICE.**